Hon. Christopher M. Alston

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| OCEAN SUSHI, Inc., | Case No. 19-BK-13394 |
| Debtor. | |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of OCEAN SUSHI, INC., | Adv. No. 21-AP-1053 |
| Plaintiff, | |
| v. | |
| B&L Trading, LLC, | |
| Defendant. | |

**B&L TRADING, LLC'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT**

B&L Trading, LLC's Notice Regarding Final Adjudication
21-AP-1053

Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100

Case 21-01053-CMA    Doc 11    Filed 11/15/21    Ent. 11/15/21 08:43:17    Pg. 1 of 2

1. Defendant B&L Trading, LLC ("B&L Trading") files this *Notice Regarding Final Adjudication and Consent* and states as follows:

1. B&L Trading consents to the entry of final orders and/or judgments by the Bankruptcy Court with respect to the claims and defenses asserted in the Trustee's *Complaint* [Dkt. 1] (the "Complaint") and B&L Trading's *Answer and Affirmative Defenses to Trustee's Complaint*, filed contemporaneously herewith (the "Answer").

2. By consenting to the entry of final orders and/or judgments by the Bankruptcy Court with respect to the claims and defenses asserted in the Complaint and the Answer, B&L Trading does not consent to the Bankruptcy Court's exercise of jurisdiction or entry of any final orders and/or judgments on any claim or defense not presently pled therein. B&L Trading reserves all rights to object to the Bankruptcy Court's exercise of jurisdiction or entry of final orders and/or judgments on any such unpled claims or defenses.

Dated: November 15, 2021

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Brent Caslin*
Brent Caslin, Washington State Bar No. 36145
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199
E-mail: bcaslin@jenner.com

*Counsel for B&L Trading, LLC*

B&L Trading, LLC's Notice Regarding Final Adjudication
21-AP-1053

Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100

Page 2

Case 21-01053-CMA    Doc 11    Filed 11/15/21    Ent. 11/15/21 08:43:17    Pg. 2 of 2