Hon. Christopher M. Alston

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| OCEAN SUSHI, Inc., | Case No. 19-BK-13394 |
| Debtor. | |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of OCEAN SUSHI, INC., | Adv. No. 21-AP-1053 |
| Plaintiff, | |
| v. | |
| B&L Trading, LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Caslin Notice of Appearance
21-AP-1053

Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 239-5100

Case 21-01053-CMA    Doc 12    Filed 11/15/21    Ent. 11/15/21 08:45:08    Pg. 1 of 2

Brent Caslin, of the firm Jenner & Block LLP, hereby gives notice of his appearance in this matter as counsel for B&L Trading, LLC, as required under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, hereby requests that copies of all notices given or required to be given in this case and all papers and other pleadings filed, served, or required to be served in this case be directed to him at the address set forth herein:

> Brent Caslin, Washington State Bar No. 36145
> JENNER & BLOCK LLP
> 515 South Flower Street, Suite 3300
> Los Angeles, CA 90071
> Telephone: (213) 239-5100
> Fax: (213) 239-5199
> E-mail: bcaslin@jenner.com

Please take further notice that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the above-captioned case, whether such other notice is formal or informal, written or oral, and whether transmitted by hand-delivery, United States Mail, expedited delivery service, telephone, telecopy, e-mail, or otherwise

Dated: November 15, 2021       Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Brent Caslin*
Brent Caslin, Washington State Bar No. 36145
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199
E-mail: bcaslin@jenner.com

*Counsel for B&L Trading, LLC*

Caslin Notice of Appearance
21-AP-1053

Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel. (213) 239-5100

Page 2

Case 21-01053-CMA    Doc 12    Filed 11/15/21    Ent. 11/15/21 08:45:08    Pg. 2 of 2